**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Hillario Carranza

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-08-332 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING ARRAIGNMENT |
| vs. ) | Date: August 1, 2008 |
| ) | Time: 9:00 AM |
| ) | Court: DAD |
| HILLARIO CARRANZA, ) | |
| ) | |
| ) | |
| Defendant ) | |

    Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michael Beckwith, and defendant Hillario Carranza, his respective counsel, Michael B. Bigelow, agree and stipulate to continue the arraignment on the indictment in the above referenced matter, presently scheduled for July 31, 2008 at 2:00 PM, to August 1, 2008 at 2:00 PM.

    This continuance is necessary because of the fact that when the matter was set for arraignment counsel for defendant had mistakenly believed he would be available. (Counsel for

defendant returns from a family vacation that evening, not the evening before.)

The parties further agree and stipulate that the period for the filing of this stipulation until August 1, 2008, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

**IT IS SO STIPULATED**

DATE: July 23, 2008          /S/MICHAEL B. BIGELOW
                             Michael B. Bigelow,
                             Attorney for Hillario Carranza


DATE: July 23, 2008          /S/MICHAEL BECKWITH
                             Michael Beckwith
                             Asst. U.S. Attorney

**ORDER FINDING EXCLUDABLE TIME**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the arraignment on the indictment in the above-entitled action is continued to August 1, 2008 at 2:00 PM.

The court finds excludable time in this matter from July 31, 2008, through August 1, 2008, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.

For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

**IT IS SO ORDERED.**

DATE: July 24, 2008

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE