John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
ALFONSO CORRALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-08-00332 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | [PROPOSED] ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| ALFONSO CORRALES, et al., | ) | |
| | ) | Date:  12/5/08 |
| Defendants. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Alfonso Corrales, John R. Manning, Esq., and defendant Hillario Carranza, John H. Feiner that the status conference presently set for December 5, 2008 be **continued to February 13, 2009, at 9:00 a.m.**, thus **vacating** the presently set status conference.  Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of

1

1 | the status conference February 13, 2009.

3 | IT IS SO STIPULATED.

4 | Dated: December 3, 2008           /s/ John R. Manning
                                      JOHN R. MANNING
                                      Attorney for Defendant
                                      Alfonso Corrales

7 | Dated: December 3, 2008           /s/ John H. Feiner
                                      JOHN H. FEINER
                                      Attorney for Defendant
                                      Hillario Carranza

10 | Dated: December 3, 2008          McGREGOR W. SCOTT
                                      United States Attorney

                                  by: /s/ Michael M. Beckwith
                                      MICHAEL M. BECKWITH
                                      Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR.S-08-00332 GEB |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING |
|  | ) STATUS CONFERENCE |
| ALFONSO CORRALES, et al., | ) |
| Defendants. | ) |
| _____ | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the December 5, 2008 status conference be continued to February 13, 2009 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to February 13, 2009.

IT IS SO ORDERED.

Dated:  December 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

3