```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
ALFONSO CORRALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-08-00332 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | [PROPOSED] ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| ) | |
| ALFONSO CORRALES, et al., ) | |
| ) | Date:  2/13/09 |
| Defendants. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Alfonso Corrales, John R. Manning, Esq., and defendant Hillario Carranza, John H. Feiner that the status conference presently set for February 13, 2009 be **continued to April 3, 2009, at 9:00 a.m.**, thus **vacating** the presently set status conference. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of

1

the status conference April 3, 2009.

IT IS SO STIPULATED.

Dated: February 11, 2009          /s/ John R. Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 Alfonso Corrales

Dated: February 11, 2009          /s/ John H. Feiner
                                 JOHN H. FEINER
                                 Attorney for Defendant
                                 Hillario Carranza

Dated: February 11, 2009         McGREGOR W. SCOTT
                                 United States Attorney

                             by:  /s/ Michael M. Beckwith
                                 MICHAEL M. BECKWITH
                                 Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No.  CR.S-08-00332 GEB |
|                            )          Plaintiff,     ) | |
|     v.                         ) | [PROPOSED] ORDER TO |
|                                ) | CONTINUE STATUS CONFERENCE |
| ALFONSO CORRALES, et al.,       ) | |
|                            )          Defendants.    ) | |
| _____ ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the February 13, 2008 status conference be continued to April 3, 2009 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to April 3, 2009.

IT IS SO ORDERED.

Dated:  February 12, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

3