```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,    )    2:08-cr-00332-GEB
                             )
          Plaintiff,         )
                             )    ORDER FOR EXAMINATION
     v.                      )    PURSUANT TO TITLE 18
                             )    SECTION 4241 - MENTAL
HILLARIO CARRANZA,           )    COMPETENCY OF DEFENDANT
                             )
          Defendant.         )
                             )
```

At the status conference held July 10, 2009, Defendant's counsel said he has doubts about Defendant's mental competency to proceed with criminal proceedings. Therefore, reasonable cause exists to determine whether Defendant is competent to stand trial.

Pursuant to 18 U.S.C. §4241(a), Defendant shall be delivered to the custody of the Bureau of Prisons for a period not to exceed four months for determination whether he is competent to assist properly in his own defense.  The indictment is attached so that the mental health examiners could become familiar with the criminal charges against Defendant.

Since Defendant's counsel is questioning Defendant's competency, Defendant's counsel should consider emailing a letter to the email address below in which his concern about Defendant's competency is explained.

Defendant shall be transported to the place designated by the Federal Bureau of Prisons for the competency examination and/or study. The examining officials are authorized to access all pertinent medical and collateral information, including psychiatric and medical records and psychological testing.  A report concerning Defendant's competency shall be sent to chambers.

The Clerk of the Court shall include the United States Marshal and the Federal Bureau of Prisons in the service of this Order.  The Federal Bureau of Prisons shall be served by email to the following address:  **gra-dsc/teampapa~@bop.gov**.

IT IS SO ORDERED.

Dated:  July 10, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge