IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                         )<br>               Plaintiff,               )<br>                                         )<br>     v.                                  )<br>                                         )<br>ERIC MICHAEL SOUTHARD, HILLARIO          )<br>CARRANZA, and ALFONSO CORRALES,          )<br>                                         )<br>               Defendants.               )<br>_____) | 2:08-cr-00332-GEB<br><br>ORDER |

On December 1, 2009 the Bureau of Prisons sent the undersigned Judge, by facsimile transmission, the attached Forensic Evaluation of Defendant Hillario Carranza, which shall be filed under seal.  This Order, however, shall be filed on the public docket.  This Order and the sealed Forensic Evaluation shall be served on counsel for Plaintiff and counsel for Defendant Hillario Carranza only.

IT IS SO ORDERED.

Dated:  December 1, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1