BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2729

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HILLARIO CARRANZA,<br><br>　　　　　　Defendant. | CR. No. S-08-0332 GEB<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT |

**O R D E R**

　　For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

　　The remaining counts in the Indictment in Case No. CR-S-08-332 GEB as to defendant HILLARIO CARRANZA are hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

Dated:  November 2, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1